ALBERT G. WHEELER, JR., Appellant, *v.* CLAUDIA T. WHEELER, Respondent.

Reported below, 172 App. Div. 955.

(Submitted November 11, 1918; decided November 19, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1916, affirming a judgment in favor of defendant entered upon a verdict in an action of replevin.

The motion was made upon the grounds that the Appellate Division had unanimously held that the verdict was supported by the evidence and that no questions of law were raised which could be reviewed by the Court of Appeals.

*Jonah J. Goldstein* for motion.

*Eli J. Blair* opposed.

Motion denied.